IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2019 AUG 21 PM 3:28

SOUTHERN DISTRICT
OF INDIANA

KHALIL-ULLAH ABDUL al-MUHAYMIN
      Plaintiff,

VS.

KAREN MITCHELL, Board President,
CAMILLE MITCHELL, Property Manager,
KELLY JULBERT, Compliance Coordinator,
LENA HEFFNER, Leasing Agent,
GRANDVILLE BOARD OF DIRECTORS, and
KIRKPATRICK MANAGEMENT COMPANY, INC.
ET ALS.,
      Defendants.

CIVIL ACTION NO._____
JUDGE_____
MAGISTRATE_____
JURY TRIAL DEMANDED
under color of state law

1:19-cv-3553-TAB
JRS

## I. COMPLAINT

1. This is a civil action brought by the Plaintiff for declaratory, and injunctive relief, monetary damages and civil penalties against the Defendants, under the Fair Housing Act. Title VIII of the Civil Rights Act of 1968, as amended ("FHA"), 42 U.S.C. 3601 et seq. and 42 U.S.C. 1983, 1985.

## II. JURISDICTION AND VENUE

2. This Court has jurisdiction over this action under 28 U.S.C. 1331 and 1345, and 42 U.S.C. 3614(a) and 42 U.S.C. 1983, 1985.

3, Venue is proper under 28 U.S.C. 1391 the claims alleged herein arose in the Southern Indiana where all parties reside.

## III. PARTIES

4. Khalil-Ullah Abdul al-Muhaymin, is Plaintiff in this action and all times relevant to this action Was a African American practicing Muslim, at 2618 Bethel Avenue, Indianapolis, IN 46203.

5. Karen Mitchell, is Defendant in this action and at all times relevant to this action was the President and Chief Executive Officer of the Defendant Grandville Cooperative, Inc., Board of Directors, at 3520 Calhoun Street, Indianapolis, IN 46203.

6.  Camille Mitchell, is Defendant in this action and at all times relevant to the action was the Property Manager of Grandville Cooperative, Inc., at 3520 Calhoun Street, Indianapolis, IN 46203

7.  Kelly Julbert, is Defendant in this action and at all times relevant to this action was an employee of Kirkpatrick Management Company, Inc., charged with the responsibility to coordinate compliance with the nondiscrimination requirements contained in the Department of Housing and Urban Developments implementing Section 504 (24 CFR part 8 dated June 2, 1988, at 5702 Kirkpatrick Way, Indianapolis, IN 46220.

8.  Lena Heffner, is Defendant in this action and at all times relevant to this action was leasing agent for Grandville Cooperative, Inc., at 3520 Calhoun Street, Indianapolis, IN 46203.

9.  Grandville Board of Directors, is Defendant in this action and at all times relevant to this action was a decision maker including for Grandville Cooperative, Inc., affairs at 3520 Calhoun, Indianapolis, IN 46203.

10. Kirkpartrick Management Company, Inc., is Defendant in this action and at all times relevant to this action was a decision   maker including but not limited to application appeals 5702 Kirkpatrick Way, Indianapolis, IN 46220.

## IV.   FACTUAL ALLEGATIONS

11. On or about August 1, 2017, Plaintiff received a telephone call from Defendant Camille Mitchell requesting his presents at the Defendants office.

12. Once Plaintiff arrived at he Defendant's office Defendant Camille Mitchell gave Plaintiff a membership application to fill out after receiving an application fee of $25.00 dollars from Plaintiff for a Credit/Report fee.

13. Plaintiff had been on Defendant's waiting list for approximately two (2) years before Plaintiff name reached the top of that list.

14. Some of Defendants family and friends did not have to get on a waiting list they were given special treatment while non friends were discriminated against in various ways.

15. On or about August 15, 2017, Plaintiff received a rejection letter from Defendant Grandville Cooperative, Inc., signed by Defendant Heffner.

16.     On or about August 24, 2017, Plaintiff sent a letter of appeal via first class mail return receipt requested to which Defendant Camille Mitchell signed for on August 28, 2017.

17.     Plaintiff's letter sought a meeting/hearing with Defendants to reverse their arbitrary and capricious decision rejecting Plaintiff's application for a rental property in violation of the Fair Housing Act, Title VIII of the Civil Rights Act of 1968, as amended ("FHA") 42 U.S.C. 3601 et seq and 42 U.S.C. 1983, 1985.

18.     Plaintiff's appeal letter received by the Defendant's August 28, 2017 was not answered by the Defendant Camille Mitchell until September 27, 2017, well outside the time limits HUD requires for an appellant to receive a final decision which is (5) five business days of the meeting.

19.     Defendant's did not have the required meeting with Plaintiff instead they arbitrarily and capriciously decided Plaintiff's appeal without a hearing or meeting and used discriminatory criteria to aid their decision to deny Plaintiff housing based upon Plaintiff's religion and his being a Muslim.

20.     Defendants conspired through their collective actions and omissions with each other to violate Plaintiff's Constitutional rights.

21.     On or about October 10, 2017, Plaintiff drafted correspondence to Defendants Camille Mitchell and Kelly Julbert in response to the decision letter dated September 27 2017, alleging discrimination based on plaintiff's age, race, and religion.

22.     On information and belief Defendant's stated that they would never let Khalil that old black Muslim move into Grandville Cooperative, Inc.

23.     Plaintiff has never received a reply to his October 10, 2017 correspondence.

V.     FAIR HOUSING ACT

24.     Paragraphs 1-23 are hereby re-alleged and incorporated by reference. The Defendants conduct described above constitutes:

25.     Through actions including those described above has (i) denied or otherwise made dwelling unavailable because of religious discrimination in violation of 42 U.S.C. 3601 et seq., 42 U.S.C. 1983, 1985.

    a.     A pattern or practice of resistance to the full enjoyment of rights granted by the

   Fair Housing Act under 42 U.S.C. 3601 et seq.

   b.   A denial to a group of persons rights granted by the Fair Housing Act that raises an issue of general public importance under 42 U.S.C. 3601 et seq.

26.   The Defendants conduct described above was intentional, willful, and taken in disregard of the rights of others.

## VI.   CLAIMS FOR RELIEF
Violations of the Fair housing Act.

27.   The allegations listed above are incorporated herein by reference.

28.   Defendants actions described above constitute:

  a.   Discrimination in the sale or rental, or otherwise making or denying, a dwelling because of religion, in violation of the FHA , 42 U.S.C. 3601 et seq.
  b.   Discrimination in the terms, conditions, or privileges of sale or rental of a swelling, or in the provisions of services or facilities in connection with such swelling because of religion in violation of the FHA, 42 U.S.C. 3601 et. Seq.

WHEREFORE, the Plaintiff prays that the Court enter an Order:

  a.   Declaring that the Defendants actions violate the Fair Housing Act.
  b.   Enjoining the Defendants, it officers, employees, agents, successors and all other persons in active concert or participation in a manner that discriminate because of religion in violation of the Fair Housing Act.
  c.   Ordering the Defendants to take all affirmative steps to ensure its compliance with the Fair Housing Act, including steps necessary to prevent the recurrence of any discriminatory conduct in the future and to eliminate to the to the extent practicable the effects of its unlawful housing practices as described herein;
  d.   Ordering the Defendant's to take all affirmative steps to restore, as nearly as practicable, the victims of the Defendant's unlawful practices to the position they would have been in but for the Defendant's discriminatory conduct.
  e.   Awarding monetary damages, pursuant to the FHA, 42 U.S.C. 3601 et seq., 42 U.S.C. 1983, 1985.
  f.   Assessing a civil penalty against the Defendants in an amount authorized by 42 U.S.C. 3601 et seq., 42 U.S.C. 1983, 1985 to vindicate the public interest.

The Plaintiff further prays for such additional relief as the interests of justice may require.

Dated August 19, 2019

                                        Respectfully submitted,

*Khalil-Ullah A. al-Muhaymin*
Khalil-Ullah Abdul al-Muhaymin, Pro se
2618 Bethel Avenue
Indianapolis, IN 46203
TEL. 317 384-0901
Email: khalilullahalmuhaymin@gmail.com