## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| KHALIL-ULLAH ABDUL al-MUHAYMIN, | ) ) ) |
| Plaintiff, | ) ) ) Case No.: 1:19-cv-3553-JRS-TAB |
| v. | ) ) |
| KAREN MITCHELL, CAMILLE MITCHELL, KELLY JULBERT, LENA HEFFNER, GRANDVILLE BOARD OF DIRECTORS, AND KIRKPATRICK MANAGEMENT COMPANY, INC., | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Defendants, by counsel, hereby notify the Court that the parties have reached a confidential settlement in this matter. Defendants request that pending deadlines be vacated and anticipate needing 45 days to finalize settlement and file a joint stipulation of dismissal.

        /s/ Laurie E. Martin
        Laurie E. Martin (#26877-49)
        HOOVER HULL TURNER LLP
        111 Monument Circle, Suite 4400
        P.O. Box 44989
        Indianapolis, IN 46244-0989
        Tele: (317) 822-4400
        Fax: (317) 822-0234
        E-mail: lmartin@hooverhullturner.com

        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was served upon all registered parties of record via the Court's Electronic Notification system, and via email, this 21st day of October 2020.

Plaintiff: Khalil-Ullah Abdul Al-Muhaymin  
2618 Bethel Avenue  
Indianapolis, IN 46203  
Email: khalilullahalmuhaymin@gmail.com

                                                      */s/ Laurie E. Martin*  
                                                      Laurie E. Martin