UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KHALIL-ULLAH ABDUL al-MUHAYMIN, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | Case No.: 1:19-cv-3553-JRS-TAB |
| KAREN MITCHELL, CAMILLE MITCHELL, KELLY JULBERT, LENA HEFFNER, GRANDVILLE BOARD OF DIRECTORS, AND KIRKPATRICK MANAGEMENT COMPANY, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by the parties, all claims in the above-captioned matter are hereby dismissed, with prejudice, with each party to bear its own costs, attorney's fees and expenses.

SO ORDERED.

Date: 12/8/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via ECF and to the following via U.S. Mail:

Khalil-Ullah Abdul al-Muhaymin
2618 Bethel Avenue
Indianapolis, IN 46203